# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5072**                                     **September Term, 2024**

**1:25-cv-00429-TSC**

**Filed On:** March 20, 2025

In re: Elon Musk, in his official capacity, et al.,

       Petitioners


**BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of mandamus and the emergency motion for a stay, it is

**ORDERED** that respondents file responses to both the emergency motion and the mandamus petition by 5:00 p.m. on Monday, March 24, 2025. Any replies are due by 5:00 p.m. on Tuesday, March 25, 2025.


**Per Curiam**


                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

               BY:    /s/
                               Selena R. Gancasz
                               Deputy Clerk